UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ALBERT P. PATTERSON,
        Plaintiff,

   v.                                                                Case No. 12-C-1049

DALE R. GAGNER, and
WSL, INC.,
        Defendants.

---

### ORDER

Plaintiff has filed a lawsuit in this court and asserts that federal subject matter jurisdiction exists under 28 U.S.C. § 1332. The plaintiff alleges that he is a "resident" of Wisconsin and that defendant Dale R. Gagner is a "resident" of Minnesota. However, residence and citizenship are not synonyms, and it is the latter that matters for purposes of diversity jurisdiction. See, e.g., Meyerson v. Harrah's East Chicago Casino, 299 F.3d 616, 617 (7th Cir. 2002).

**THEREFORE, IT IS ORDERED** that, within ten days of the date of this order, plaintiff amend his complaint to include information regarding the citizenship of the parties so that I may ensure that I have jurisdiction over this matter.

Dated at Milwaukee, Wisconsin, this 29th day of October 2012.

                                                          s/ Lynn Adelman
                                                          _____
                                                          LYNN ADELMAN
                                                          District Judge