# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**ALBERT P. PATTERSON,**
        **Plaintiff,**

    v.                                                  Case No. 12-C-1049

**DALE R. GAGNER, and**
**WSL, INC.,**
        **Defendants.**

---

## ORDER

Plaintiff has filed a lawsuit in this court and asserts that federal subject matter jurisdiction exists under 28 U.S.C. § 1332. In a previous order, I noted that plaintiff alleged that he is a "resident" of Wisconsin and that defendant Dale R. Gagner is a "resident" of Minnesota. I also noted that residence and citizenship are not synonyms, and that it is the latter that matters for purposes of diversity jurisdiction. See, e.g., Meyerson v. Harrah's East Chicago Casino, 299 F.3d 616, 617 (7th Cir. 2002). I therefore ordered plaintiff to amend his complaint to include information about the citizenship—not just the residence—of the individual parties. On November 7, 2012, plaintiff filed an amended complaint. However, although the complaint now identifies the citizenship of defendant Gagner, it still identifies only the residence of the plaintiff. **THEREFORE, IT IS ORDERED** that, within ten days of the date of this order, plaintiff amend his complaint to include information regarding his own citizenship.

Dated at Milwaukee, Wisconsin, this 14th day of November 2012.

                                                              s/ Lynn Adelman
                                                              LYNN ADELMAN
                                                              District Judge