UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ALBERT P. PATTERSON,
        Plaintiff,

    v.                                          Case No. 12-C-1049

DALE R. GAGNER, and
WSL, INC.,
        Defendants.

## ORDER

Plaintiff commenced this action on October 13, 2012. Pursuant to Federal Rule of Civil Procedure 4(m), plaintiff had 120 days to effect service of the complaint upon the defendants. That time period has expired, yet no proof of service has been submitted to the court. As no service appears to have been effected within the 120-day period, Rule 4(m) and Civil Local Rule 41(a) allow me to dismiss this case without prejudice upon my own initiative after twenty-one days' notice to the plaintiff. This order gives plaintiff that notice.

**THEREFORE, IT IS ORDERED** that if within twenty-one days plaintiff does not file proof of service showing that the defendants were served within 120 days of the commencement of this action, this action will be dismissed without prejudice.

Dated at Milwaukee, Wisconsin, this 12th day of July 2013.

                                                      s/ Lynn Adelman
                                                      _____
                                                        LYNN ADELMAN
                                                        District Judge