UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**ALBERT P. PATTERSON,**
        **Plaintiff,**

    v.                                     Case No. 12-C-1049

**DALE R. GAGNER, and**
**WSL, INC.,**
        **Defendants.**

---

## ORDER

In an order dated July 12, 2013, I informed the plaintiff that I would dismiss this case without prejudice unless he filed proof of service showing that the defendants had been served within 120 days of the commencement of the case. Plaintiff has not filed proof of service, and therefore I will dismiss this action without prejudice pursuant to Civil Local Rule 41(a).

**THEREFORE, IT IS ORDERED** that this action is hereby dismissed without prejudice pursuant to Civil Local Rule 41(a).

Dated at Milwaukee, Wisconsin, this 9th day of August 2013.

                                                               s/ Lynn Adelman
                                                               LYNN ADELMAN
                                                               District Judge