# United States District Court

EASTERN DISTRICT OF WISCONSIN

ALBERT P. PATTERSON,
    Plaintiff

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: 12-C-1049

DALE R. GAGNER and
WSL, Inc.,
    Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is dismissed without prejudce.

    August 9, 2013                          Jon W. Sanfilippo
Date                                           Clerk

                                                    s/ D. Monroe
                                                    (By) Deputy Clerk